SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:23-cv-08005-MWF-KS |
|---|---|
| Case Name | Sajahtera, Inc., v. Kitross Apparel Los Angeles LLC, et al. |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [ X ] Jury Trial *or* [   ] Court Trial **(Tuesday at 8:30 a.m.)**  Duration Estimate: 5 Days | February 11, 2025 | February 11, 2025 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* **(Monday at 11:00 a.m. -- three (3) weeks before trial date)**  Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | January 21, 2025 | January 21, 2025 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | | | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | October 7, 2024 | October 7, 2024 | |
| Expert Disclosure (Initial) | 22 | September 9, 2024 | September 9, 2024 | |
| Expert Disclosure (Rebuttal) | | October 7, 2024 | October 7, 2024 | |
| Expert Discovery Cut-Off | 14 * | November 4, 2024 | November 4, 2024 | |
| Last Date to **Hear** Motions (Monday at 10:00 a.m.) | 14 | November 4, 2024 | November 4, 2024 | |
| Last Date to Conduct Settlement Conference | 12 | November 18, 2024 | November 18, 2024 | |
| <u>For Jury Trial</u><br>• File Memorandum of Contentions of Fact and Law, LR 16-4<br>• File Exhibit and Witness Lists, LR 16-5.6<br>• File Status Report Regarding Settlement<br>• File Motions *In Limine* | 6 | December 30, 2024 | December 30, 2024 | |
| <u>For Jury Trial</u><br>• Lodge Pretrial Conference Order, LR 16-7<br>• File Agreed Set of Jury Instructions and Verdict Forms<br>• File Statement Regarding Disputed Instructions, Verdicts, etc.<br>• File Oppositions to Motions *In Limine* | 5 | January 6, 2025 | January 6, 2025 | |
| <u>For Court Trial</u><br>• Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | | | |

\* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

☐ Attorney Settlement Officer Panel    ☒ Private Mediation    ☐ Magistrate Judge (with Court approval)

EXHIBIT A