PETER B. MARETZ, SBN 144826
pmaretz@stokeswagner.com
OMAR V. HERNANDEZ, SBN 340089
ohernandez@stokeswagner.com
STOKES WAGNER ALC
401 W. A Street, Suite 2235
San Diego, CA 92101
Telephone:  (619) 232-4261
Facsimile:   (619) 232-4840

Attorneys for Plaintiff SAJAHTERA, INC.
dba THE BEVERLY HILLS HOTEL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SAJAHTERA, INC., a Delaware Corporation, dba THE BEVERLY HILLS HOTEL<br><br>Plaintiff,<br><br>v.<br><br>KITROSS APPAREL LOS ANGELES, LLC, a California limited liability company; and DOES 1 through 50,<br><br>Defendants. | Case No: 2:23-cv-08005- MWF-KS<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  June 3, 2024<br>Time:  10:00 AM<br>Judge: Michael W. Fitzgerald<br>Courtroom: 5A |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 3, 2024 or as soon thereafter as the matter can be heard in Department 5A of the above-entitled Court located at First Street Courthouse, 350 First Street, Los Angeles, California 90012, Plaintiff SAJAHTERA, INC. dba THE BEVERLY HILLS HOTEL ("Plaintiff") will and hereby does move the Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure for an order granting a Preliminary Injunction.

This Motion is based on this notice, the memorandum in support, the Declaration of Brittany Williams, any opposition and reply briefs, and the arguments of counsel at the hearing.

DATED: April 30, 2024

STOKES WAGNER ALC

By: _____
PETER B. MARETZ
OMAR V. HERNANDEZ
Attorneys for Plaintiff SAJAHTERA, INC. DBA THE BEVERLY HILLS HOTEL

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of record who have appeared in this case. Service with this NEF constitutes service pursuant to Federal Rule of Civil Procedure 5(b)(E).

DATED: April 30, 2024

STOKES WAGNER ALC

By: _____
PETER B. MARETZ
OMAR V. HERNANDEZ
Attorneys for Plaintiff SAJAHTERA, INC. DBA THE BEVERLY HILLS HOTEL