PETER B. MARETZ, SBN 144826
pmaretz@stokeswagner.com
OMAR V. HERNANDEZ, SBN 340089
ohernandez@stokeswagner.com
STOKES WAGNER ALC
401 W. A Street, Suite 2235
San Diego, CA 92101
Telephone:  (619) 232-4261
Facsimile:   (619) 232-4840

Attorneys for Plaintiff SAJAHTERA, INC.
dba THE BEVERLY HILLS HOTEL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SAJAHTERA, INC., a Delaware Corporation, dba THE BEVERLY HILLS HOTEL<br><br>Plaintiff,<br><br>v.<br><br>KITROSS APPAREL LOS ANGELES, LLC, a California limited liability company; and DOES 1 through 50,<br><br>Defendants. | Case No: 2:23-cv-08005 -MWF-KS<br><br>**DECLARATION OF BRITTANY WILLIAMS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Brittany Williams, declare:

1. I am employed as the Director of Communications for Sajahtera, Inc., dba The Beverly Hills Hotel (the "Hotel"). I have held this position since approximately 2016. Prior to that, I was Public Relations Manager for the Hotel, a position I held since 2012.

2. This declaration is offered in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of each of the facts set forth in this declaration and can competently testify thereto.

3. As the Director of Communications, I am responsible for managing all public relations for the Hotel. I oversee all media and brand partnerships to maximize brand awareness and brand reach. My responsibilities include but are not limited to establishing public relations plan and strategy, overseeing extensive media relations with international, national, and local media, and partnerships, and activations. My responsibilities also include management of events that highlight and tell the story of the Hotel. This includes extensive research by my team and me to ensure the accuracy of our presentation.

4. The Hotel was built in 1912, before there was even a city called Beverly Hills.

5. The Hotel is recognized as one of the most iconic and luxurious hotels in the world with celebrity clientele and exceptional service.

6. The Hotel first registered the trademark "The Beverly Hills Hotel" in text and in the stylized lettering used on its façade, signs, public relations materials, website, and merchandise on July 26, 1988. A true and correct copy of the Hotel's initial trademark registration is attached as **Exhibit A**.

7. To date, the Hotel has retained trademark protection for over 35 years.

8. In 2012, the Hotel was named the first historic landmark of Beverly Hills.

9. The Hotel is one of the most, if not the most, recognizable hotels in the world having been featured in various films, television shows etc. – and its stylized lettering and trademark of "The Beverly Hills Hotel" is just as reputable and recognizable in

the public eye.

10. In the 1940s, the Hotel underwent a major renovation and hired an iconic architect of that time, Paul Revere Williams ("Mr. Williams"), who designed several other iconic Los Angeles structures and designed homes for various celebrities.

11. As part of this renovation, Mr. Williams designed multiple aspects of the Hotel including its Crescent Wing, the notorious Polo Lounge and Fountain Coffee Room as well as other aspects of the Hotel. While he is not responsible for the mission-style structure that is the central building of the Hotel, the Crescent Wing, which includes the striking façade bearing the Hotel's logo at issue in this litigation, is his work product. In fact, that logo is Paul Revere Williams's *handwriting*. In a January 14, 2021, Los Angeles Times article about Mr. Williams and his historic contribution to the architecture of Los Angeles, a true and correct copy of which is attached to this declaration as **Exhibit B**, Mr. Williams connection to the Hotel, Mr. Williams is said to "define the L.A. landscape" and "whose handwriting graces the façade of the Beverly Hills Hotel." Similarly, a recent piece on the CBS News program "Sunday Morning"[1] discusses Mr. Williams's contribution to the architecture of Los Angeles, and specifically his design of the Hotel and the Hotel's logo being his handwriting.

12. Simply stated, the Hotel logo at issue and its distinctive font is not just a trademark concocted by some marketing consultant, in many ways it defines the heritage of the Hotel.

13. In August of 2023, the Hotel learned through a patron of the Hotel, Robbie Anderson ("Mr. Anderson"), that Kitross was selling merchandise bearing the Hotel's protected mark. A true and correct copy of the August 11, 2023, email from Mr. Anderson is attached hereto as **Exhibit C**.

14. In the email, Mr. Anderson sent me a photograph taken at Kitross's Beverly

---

[1] The "Sunday Morning" piece can be found here: https://www.youtube.com/watch?v=f-aPMBPYYvM.

3

**DECLARATION OF BRITTANY WILLIAMS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Hills location. At the bottom of the email he wrote, "your logo is all over the place." (See **Exhibit C**)

15. The photograph showed a section Kitross's storefront with various clothing items bearing the words "Beverly Hills" in multiple color combinations using the Hotel's recognizable pink and green color scheme in the form of the Hotel's protected logo. The clothing items included but were not limited to t-shirts, sweatshirts, hats, and accessories.

16. As shown in the photograph, Kitross, to market its brand and associate itself with the Hotel, uses a confusingly similar and almost identical banana leaf wallpaper that is widely associated with the Hotel as it has been featured throughout guest room hallways and the Hotel's iconic Fountain Coffee Room since 1949. A true and correct copy of the March 19, 2019, article in Architectural Digest regarding the relationship between the banana leaf wallpaper and the Hotel is attached hereto as **Exhibit D**.

17. The Hotel's gift shop, which is actually known as the Signature Shop, features souvenir items including t-shirts, sweatshirts and other apparel items with the Hotel's protected logo in pink and green as well as incorporating the banana leaf print, just as Kitross was selling without authorization from the Hotel.

18. Based on my review of the photo in Mr. Anderson's email, and my personal knowledge of the information, Kitross is benefitting from the Hotel's brand to market and sell their products.

19. Upon information and belief, Kitross continues to sell infringing clothing, products, merchandise, and now is selling unlicensed prints bearing the Hotel's full name "Beverly Hills Hotel" and "Beverly Hills Hotel and Bungalows." A true and correct copy of the image taken from Kitross's storefront is attached hereto **Exhibit E**.

20. Specifically, Kitross is selling an unlicensed image of an exclusive photography collaboration between the Hotel and the French luxury designer, Dior. A true and correct copy of the exclusive collaboration image between the Hotel and Dior

is attached here as **Exhibit F**. A true and correct copy of the photography agreement for the Beverly Hills Hotel and Dior collaboration is attached hereto as **Exhibit G**.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on April 29, 2024, at Scottsdale, Arizona.

*Brittany Williams*
_____
Brittany Williams