# Exhibit A

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS        DOCUMENTS        MAINTENANCE                              Back to Search              Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-04-24 13:39:01 EDT |
| **Mark:** | THE BEVERLY HILLS HOTEL |

*The Beverly Hills Hotel*

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73698165 | **Application Filing Date:** | Nov. 30, 1987 |
| **US Registration Number:** | 1498143 | **Registration Date:** | Jul. 26, 1988 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office

| | |
|---|---|
| **Status:** | The registration has been renewed. |
| **Status Date:** | Nov. 13, 2017 |
| **Publication Date:** | May 03, 1988 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Case 2:23-cv-08005-MWF-KS   Document 36-3   Filed 04/30/24   Page 3 of 42   Page ID #:409

# Exhibit B

Case 2:23-cv-08005-MWF-KS   Document 36-3   Filed 04/30/24   Page 5 of 42   Page ID #:411

ENTERTAINMENT & ARTS

# Pioneer of the L.A. look: Paul R. Williams wasn't just 'architect to the stars,' he shaped the city



Paul R. Williams designed buildings in a range of styles — including Spanish Revival and Modern — that have come to define the L.A. landscape. His buildings include, clockwise from top left, Golden State Mutual Life Insurance, Beverly Hills Hotel's Crescent Wing, Al Jolson memorial shrine, 28th Street YMCA, Paul R. Williams Residence and Nickerson Gardens. (Anna Higgie / For The Times)

BY CAROLINA A. MIRANDA  |  COLUMNIST

JAN. 14, 2021 12:56 PM PT

Buried beneath a weather report and an investigation into a regional planning commissioner, a brief news item appeared in The Times about the death on Jan. 23, 1980, of architect Paul Revere Williams at the age of 85.

Three days later, the paper ran an obituary. That report was a bit more complete. It featured a photograph of Williams and ran through a handful of his achievements: He was the first Black architect to be admitted into the ranks of the American Institute of Architects (AIA) and a wildly prolific designer who'd had a hand in designing well-known commercial and civic buildings (such as the Los Angeles County Courthouse), as well as graceful homes for celebrities such as Frank Sinatra, Barbara Stanwyck and Lucille Ball and Desi Arnaz. Yet his death was not treated as big news. The modest obituary ran on page 22.

In the immediate wake of Williams' death, no glossy books of his work were published, much less a catalogue raisonné. Buildings he designed were torn down; others, remodeled beyond recognition. The work of an architect whose firm was responsible for thousands of structures in Southern California, who was name-checked in real estate ads as "world-famous," who shaped L.A. through civic roles including a seat on the City Planning Commission — a position he assumed in 1921 at the tender age of 27 — was in danger of fading away.

How times have changed.

In 2017, the AIA posthumously awarded Williams its prestigious Gold Medal. Last February, PBS aired the documentary, "Hollywood's Architect: The Paul R. Williams Story." In the fall, artist Janna Ireland published the elegant photographic collection "Regarding Paul R. Williams: A Photographer's View." In November, HomeAdvisor, a home repair site, commissioned illustrator Ibrahim Rayintakath to draw 43 Williams homes.

Case 2:23-cv-08005-MWF-KS    Document 36-3    Filed 04/30/24    Page 7 of 42    Page ID #:413

Most significantly, last summer, USC and the Getty Research Institute announced that they had jointly acquired Williams' archive — a trove of approximately 35,000 architectural plans and 10,000 original drawings, in addition to blueprints, hand-colored renderings, vintage photographs and correspondence. The acquisition will, for the first time, allow public access to the breadth of the architect's work.





Los Angeles wouldn't be Los Angeles without the hand of architect Paul R. Williams, whose handwriting graces the façade of the Beverly Hills Hotel.  (Anna Higgie / For The Times)

Williams' granddaughter, [Karen Elyse Hudson](#), who has been the steward of her grandfather's papers, says the archive contains "the story of a man and his influence on the city."

That influence is formidable. Alongside architects such as [Welton Becket](#) and [William Pereira](#), Williams helped give L.A. its look.



**ENTERTAINMENT & ARTS**

**A new way of seeing the architecture of Paul R. Williams, through the lens of artist Janna Ireland**

Jan. 14, 2021

The renewed attention to Williams couldn't come at a more critical time.

At a moment in which violent white supremacy is ascendant, Williams' buildings are a reminder that Black people not only helped build U.S. cities — they also designed them.

"This is a very rare instance of maintaining memory," says LeRonn P. Brooks, lead curator for the African American Art History Initiative at the Getty Research Institute. "African American archives are as vulnerable as the people themselves."



Paul R. Williams counted among his clients many Hollywood celebrities, including Lucille Ball and Desi Arnaz, for whom he designed this Modern house in Palm Springs in the 1950s.  (Julius Shulman / J. Paul Getty Trust)

In fact, a piece of Williams' archive has already been lost. Office paperwork from his studio was stored at a bank that went up in flames during the 1992 Los Angeles uprising. The fire did not, however, claim his architectural designs, as has been incorrectly reported over the years. They were at another location.

The surviving documentation will help bring greater dimension to an architect whose sophistication as a designer is often overlooked by media reports that focus almost exclusively on his biography.

Without a doubt, it's a compelling story: Born in Los Angeles in 1894, Williams was an orphan who doggedly pursued a career in architecture — despite active discouragement from his instructors — and went on to become the "architect to the stars." All the while, he navigated the question of race in a city that, for much of his life, operated in a state of de facto segregation. He designed homes in neighborhoods where restrictive covenants barred him from living; he helped expand hotels that would not admit him as a guest.

One widely shared anecdote is that Williams taught himself to draw upside down so that nervous white clients wouldn't have to sit alongside him. (The reality of how he deployed that skill may have been more nuanced: In a 1963 piece Williams wrote for Ebony, he described it as "a gimmick which still intrigues a client.")



Architect Paul Revere Williams in 1970, standing before a Tudor mansion he designed in 1928.  (Los Angeles Times)

Williams' prominent status made him, in many ways, an insider. But as a Black man in architecture, he would always remain an outsider. To this day, the field remains glaringly white: In 2018, the AIA estimated that its membership was only 2% Black.

Working against Williams' legacy was also the nature of his designs. The architect never settled on an identifiable style — drawing from Georgian, Spanish, Colonial and other traditional revival styles that didn't square with the orthodoxies of 20th century European Modernists who dominated academic architectural narratives.

"It's about who is doing the remembering," says Brooks, "and who is empowered to be doing the remembering."

ENTERTAINMENT & ARTS

**Architect Paul Williams' archive, thought lost to fire, is safe. The Getty and USC will acquire it**

June 30, 2020

In recent years, there have been some shifts in that power — with more Black scholars ascending to key positions at Los Angeles institutions. That includes Brooks, who was appointed to the Getty Research Institute's curatorial team in 2019, as well as Milton Curry, who has served as dean of the USC School of Architecture since 2017, and who helped orchestrate the acquisition of Williams' papers. (Williams was a USC alum.)

Hudson, who has written the few books available on her grandfather's work, including 2012's "Paul R. Williams: Classic Hollywood Style," had spent years trying to place the archive. Some institutions wanted only pieces of it; others, nothing at all.

"I've been on sort of a 30-year journey on deciding where it was going and what was happening with it," she says. "I got a lot of people telling me they weren't interested."

To Hudson's credit, she was undeterred. "I wanted to honor my grandfather and hopefully put his work in a position to be respected," she says. "He was so much more than 'architect to the stars.'"

Indeed, the archive will allow scholars and critics to begin to consider Williams' architecture in a methodical way. It also will be critical to shaping future generations of architects.

"We're now in a renaissance of Black American contemporary artists — many of whom were educated through the prism of a very robust period of cultural history and identity scholarship," says Curry. "Architecture does not have that lineage, nor history. There are so few Black architects, architectural theorists and historians. The few that we have need to be studied and understood."

In a black-and-white image, architect Paul Williams points at a model while seated at his desk.

Paul R. Williams faced the challenge of designing buildings while navigating the racial complexities of Los Angeles.
(Julius Shulman / J. Paul Getty Trust)

As Williams begins to be considered as much for his work as for his life story, it's a good time to think about what his buildings embodied — both in their design and the ways in which they served their respective constituencies.

It is difficult to pick from among his thousands of works. There isn't a part of Los Angeles the architect didn't touch. But here are six that tell his design story — and, by extension, the story of Los Angeles.

# 28th Street YMCA, 1926

*1006 E. 28th St., Los Angeles*

Just off Central Avenue, the spine of one of L.A.'s most important historic Black neighborhoods, this four-story building, one of Williams' earliest, was constructed in the Spanish Revival style for the exclusive use of Black boys and men. The YMCA bears the symmetries of his training at the Beaux-Arts Institute of Design but with a SoCal Spanish vibe (think: arched windows and a red Granada tile roof). It also nods to Black achievement. Bas reliefs on the entablature feature important thinkers such as Booker T. Washington and Frederick Douglass.

The corner of a building's ornate roofline, featuring a bas relief of a man and Spanish roof tile.

A bas relief of Booker T. Washington on the façade of the old 28th Street YMCA in Historic South Central. The building has been adapted as a supportive housing site.  (Carolina A. Miranda / Los Angeles Times)

Architect J. Max Bond Jr., who worked for Williams in the 1950s, once wrote in Harvard Design Magazine that during the late 19th century, when Williams was born, many African Americans aspired to the same "Eurocentric values and standards" that were "enjoyed by the white middle and upper classes." It's a tendency that is visible in the architect's early traditionalist work, buildings that were very much about aspiration — the client's as well as his own.

# Golden State Mutual Life Insurance Co., 1949

*1999 W. Adams Blvd., Los Angeles*

Case 2:23-cv-08005-MWF-KS   Document 36-3   Filed 04/30/24   Page 16 of 42   Page ID #:422

Williams literally helped build the institutions of Black Los Angeles. Among them was the headquarters for Golden State Mutual, which sold life insurance policies to Black people at a time when other companies refused. The design makes the most of a tight corner lot with a winged rectangular volume that faces the intersection at a diagonal, making the façade visible from every point in the intersection. This gives the building drama but also feels very welcoming.

A side view shows a row of elegant Modernist letters spelling out the name of the Golden State Mutual Co.

An architectural detail from the Golden State Mutual Life Insurance Co. headquarters at Western Avenue and West Adams Boulevard. The building is now home to the South Central Los Angeles Regional Center.  (Ed Tahaney)

# Paul R. Williams Residence, 1952

*1690 S. Victoria Ave., Los Angeles*

Of the hundreds of homes Williams designed, none has the significance of the Modernist structure he built for himself in Lafayette Square after race-based covenants were abolished in 1948. The home, which was in the family for generations, bears traces of Streamline Moderne Art Deco and Tropical Modernism

— and its connection to the garden via a striking lanai makes it a fine example of idealized California living at midcentury.

The residence now belongs to gallerist [Hannah Hoffman] and is being renovated by restoration specialists [Escher GuneWardena]. Architect Frank Escher compares Williams' ability to juggle architectural styles with musical sampling: "Paul Williams had an extraordinary depth of knowledge and a grasp of architectural history and he could effortlessly pull them together in ways that are new and refreshing."


Karen Hudson sits in a curved room with a honeycomb ceiling before a photo of Paul R. Williams.

Karen Hudson, in 2013, sits in a dramatic curved room in the home that Paul R. Williams, her grandfather, designed for himself in the 1950s.  (Mel Melcon / Los Angeles Times)

Hudson, who lived there until 2017, says the home channels Williams' spirit: "The house came alive whenever we entertained. Not only did people appreciate being in there, you could feel my grandparents."

# Nickerson Gardens, 1954

*1590 E. 114th St., Watts*

He designed for stars. He also designed for the poor.

In the 1930s, Williams worked with architect Hilyard Robinson on the Langston Terrace Dwellings., the first federally funded housing projects in Washington, D.C. This gave him invaluable experience when he took on the commission to build Nickerson Gardens, the public housing complex that occupies a 55-acre plot in Watts.

Williams made the scale of the project more humane by arranging barracks-style buildings into intimate groupings and surrounding them with generous green space. He also found a way to make the most of low-cost materials, using bricks to create pattern and arranging slender cinderblock columns into trios to create plays on light.

A Modern two-story apartment structure in yellow at Nickerson Gardens.

Nickerson Gardens, the public housing project in Watts designed by architect Paul Revere Williams and completed in 1954. Williams couldn't solve the social issues around poverty but he made the most of low-cost materials such as cinderblock.  (Carolina A. Miranda / Los Angeles Times)

Even so, gang violence found a home in Nickerson Gardens. Williams' architecture couldn't mitigate the social issues raised by intense concentrations of poverty. But it reflects an architect preoccupied with creating dignified homes.

# Beverly Hills Hotel, Crescent Wing, 1940s

*9641 Sunset Blvd., Beverly Hills*

No building channels the ebullience of Hollywood quite like the Beverly Hills Hotel. Williams didn't design the hotel's original Mission-style building (which was done by

Elmer Grey). But he was responsible for various expansions, including the Modernist Crescent Wing — which juts out toward Sunset Boulevard and greets incoming visitors with a zingy sign crafted from Williams' own handwriting.

A black-and-white photo shows the Modern wing of the Beverly Hills Hotel with the hotel's name on the façade.

A view of Paul Williams' addition to the Beverly Hills Hotel — with the famous name in his handwriting.  (Julius Shulman / Getty Research Institute)

Architectural historian Alan Hess says that buildings such as Williams' Beverly Hills Hotel addition mark a singular period of architectural design in Southern California that he calls "Late Moderne." "It wasn't for the most part influenced by the trends coming out of New York, the International Style," Hess says. "It really emerged out of the West. It was interested in modern materials and lifestyle and being new and fresh, not relying on traditional design. They were very inventive about it."

How architect Paul R. Williams shaped Los Angeles

# Al Jolson memorial shrine, 1951

*Hillside Memorial Park, 6001 W. Centinela Blvd., Los Angeles*

There are tombs and there are *tombs.* The memorial to vaudeville entertainer Al Jolson stands dramatically at the top of a hill inside this notable Culver City cemetery and is inspired by the forms of an ancient Greek tholos, a circular structure capped by a dome — a structure that Williams transforms into something thoroughly Modern.



A detail from the Al Jolson Memorial at Hillside Memorial Park in Culver City.  (Carolina A. Miranda / Los Angeles Times)

The structure is a nod to the architect's acclaim. (Jolson was wildly popular at the time of his death and his funeral drew thousands.) It also exposes the racial issues

Williams continuously reckoned with: Jolson had made a name for himself donning blackface.

To consider Williams' work is to consider the lives of a postslavery generation shaped by segregation, the civil rights movement and various civil uprisings. It is also to consider the peculiar position of Los Angeles, where the codes that governed race were just loose enough to let a Black architect triumph.

In the life of one man lie all the contradictions and the struggles of American history, says Brooks. "You can trace the history of democracy through the story of Paul Williams."



ENTERTAINMENT & ARTS

**Column: Yes, the Capitol is a 'symbol of democracy.' One with a really troubled history**

Jan. 7, 2021



ENTERTAINMENT & ARTS

**Are art museums still racist? The COVID reset**

Oct. 22, 2020



Carolina A. Miranda

Carolina A. Miranda is a Los Angeles Times columnist focused on art and design, who also makes regular forays into other areas of culture, including performance, books and digital life.

Copyright © 2023, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

# Exhibit C

**From:** Robbie Anderson [mailto:robbieanderson90210@gmail.com]
**Sent:** Friday, August 11, 2023 10:55 AM
**To:** Brittany Williams <Brittany.Williams@dorchestercollection.com>
**Subject:** This store opened at 420 N Beverly drive



Your logo is all over the place I believe Kitson is tenent

# Exhibit D

Behind the Design

# The True Story of CW Stockwell and the Famous Beverly Hills Hotel Wallpaper

AD PRO traces the truth behind Martinique and talks to new CW Stockwell CEO and owner Katy Polsby about this week's relaunch

By David Nash

March 19, 2019



Save

The story behind Martinique  one of the most recognizable wallpaper designs ever produced  is, more often than not, told inaccurately. Many sources attribute the iconic banana leaf pattern to Hollywood costume designer Don Loper. While it's true that Loper, who reinvented himself as an interior designer in the 1940s, used the pattern to reinvigorate the interiors of the Beverly Hills Hotel, he didn't design the print. There's also a lingering misconception about who actually owns and produces the pattern  but that's all about to change this week with the relaunch of CW Stockwell.



The iconic Fountain Coffee Room at the Beverly Hills Hotel.  **Courtesy of the Beverly Hills Hotel.**

Katy Polsby, the brand's CEO and owner, is resetting the trajectory of the company, which settled into relative obscurity over the past several decades. Polsby and her family have picked up where the brand's third-generation owner, Remy Chatain Jr., left off when he died in 2013.

The Los Angeles–based fabric and wall coverings company has been around for 114 years, and, while you may not know CW Stockwell, it's been a major influence on interior design –particularly in Southern California–for the better part of the 20th century. Clifton W. Stockwell founded his namesake interiors company in 1905, after relocating to Los Angeles from Armstrong, Ohio, where he worked as a pharmacist. Inspired by his regular trips abroad, Stockwell initially manufactured reproductions of European patterns, particularly those from France. "Wallpaper in that era was a very regional business," explains Polsby. "My suspicion is that he was one of the first people to bring that European aesthetic into Southern California."

The company grew quickly, and by the early 1930s Stockwell was producing its own patterns. In 1935, his daughter Lucile, after studying interior design and architecture at Parsons in New York, as well as art in Europe, joined the business as president. Soon after, her husband, Remy Louis Chatain Sr., came on board. "As a duo they had a very unique set of complementary skills," says Polsby. "While she was artistic and had all the design training, his background was in merchandising, so he understood what was important from a production and processes standpoint." According to Polsby, this was the turning point. "We attribute a lot of the early success of the company to Lucile herself–she had the revolutionary idea to develop proprietary patterns and collections, and not be limited to reproductions that people had seen over and over again."



Martinique wallpaper at the Dwell Hotel in Chattanooga, Tennessee.   **Graham Yelton**

The duo debuted their first Trend of the Times collection around 1940, and continued to iterate on it for many years. The collection demonstrated a wide breadth of patterns, from small ditsy florals, stripes, and plaids, to large-scale chintz flowers and amazing bold geometrics. "They came out with this incredibly insouciant, wildly spirited group of patterns," says Polsby. "We have ones like Egg Money, which depicts a group of farmers celebrating a great day on the farm, dancing around and gathering eggs to sell at market. It's the spirit of the time that's imbued into these unique patterns, and what set CW Stockwell apart from other brands."

Here's where we can start to set the record straight. In 1941 Lucile and Remy had the idea for a large-scale tropical pattern. They enlisted their friend and neighbor, the botanical illustrator Albert Stockdale, to bring their vision to life. The result, Martinique, was introduced in CW Stockwell's 1942 collection, Wallpaper Is Art.

Don Loper, Hollywood's Golden Age costume designer, was deep into his second act in 1947, working as an interior designer diligently updating the look of the Beverly Hills Hotel. CW Stockwell was a regular resource for Loper, and Martinique was the pattern on the walls of its showroom office in Los Angeles. In fact, Stockwell and its showroom were

featured that year in *Architectural Digest*, with Martinique front and center. The pattern was finally installed in the hotel in 1949.



The relaunched brand offers Martinique in new colorways.    **Courtesy of CW Stockwell.**

In 1950, the couple's son, Remy Louis Chatain Jr., joined the company. Like his mother, Remy Jr. studied design at Parsons and art in Europe. He also spent time traveling through Asia during the Korean War, and developed an appreciation for the art and culture that he brought back with him. "He really helped grow the pattern library, and in addition to all the other categories, he incorporated some really fun Asian motifs," says Polsby. "Remy took small elements, like a ginger jar, and made them singular, large-scale patterns."

12/18/2.. CW Stockwell and the Rich History Behind the Beverly Hills Hotel Wallpaper | Architectural Digest

The younger Chatain would keep the brand going well into the 1970s and '80s, constantly thinking about ways to innovate, from installation techniques to how patterns should correlate room-to-room. Martinique would also continue to stand the test of time, and in 1984 restaurateur Brian McNally installed it in his new Manhattan hot spot, Indochine. A decade later, in 1995, the Beverly Hills Hotel needed to redo its installation of Martinique, and it presented a challenge to Chatain. He needed to honor the original method without it being as labor intensive. "He thought a lot about math, and about how he could install it so the repeat still looked random but production wouldn't be a nightmare," explains Polsby. "He came up with a solution that only required three or four iterations of individual panels, giving the appearance that every section was unique."



Martinique graces wall coverings and fabrics in the company's new collection.    **Courtesy of CW Stockwell.**

By the mid-'90s, however, Remy Jr. started to slow down. Although he still ran the company and managed all the day-to-day activities, his time was mostly spent ensuring

12/18/23, ... CW Stockwell and the Untold History of the Famous Beverly Hills Wallpaper | Architectural Digest

Martinique and three or four other popular patterns were still in circulation. "There was a lot of trimming of overhead and narrowing in showroom distribution channels, and focus on just a few core clients," says Polsby. One of those legacy distributors even once claimed ownership of Martinique. Despite allegations to the contrary over the years, the pattern is solely owned and produced by CW Stockwell, using the original process and screens from 1942.

Chatain and his life partner, Eugene Drabent, moved to Pasadena and down the road from the Polsby family. "Soon after we met Remy, his partner passed away and he and my mother became fast friends," recalls Polsby. Jill Polsby and Chatain were constant companions, often attending the opera and symphony, or frequenting the latest museum exhibition. The Polsbys became family to Chatain, and with his having no heirs, he asked Jill to be the executor of his estate and to set up a foundation in his name. After he passed away at 87, Jill created the Remy Louis Chatain Jr. Foundation, which, in 2015 alone, made a $4 million donation to the Pasadena Humane Society's Campaign to Save Lives. She also spent the better part of five years keeping CW Stockwell afloat. "My mom was essentially keeping the lights on, and making sure Martinique was in production," says Polsby. "She rented a personal storage unit for the inventory, and when she got orders she'd ship them herself from the UPS Store—she was having so much fun."



Screens used to make CW Stockwell wallpaper prints. **Courtesy of CW Stockwell.**

In October 2017, Polsby was living in San Francisco and working as vice president of merchandising at Serena & Lily. That month she visited her parents, and revisited the collection of CW Stockwell wallpaper sample books in their garage. "I just had a meltdown on the floor," she recalls. "I realized how incredible the archive was and how beautiful the story was. I knew I had to reinvigorate the brand. That was a Sunday, and on Tuesday I gave my notice."

For the past year and a half, Polsby has been working on relaunching CW Stockwell with a new selection of patterns inspired by and taken from the company's vast archive. The spring 2019 collection includes three new colors for Martinique in both wallpaper and Belgian linen–sand, navy, and platinum. Several other patterns, like Million Flowers, Cinema, A Midi, Solaire, Kan-Shie, and Remy, are interpretations of historic graphic and floral motifs, each with multiple variations in color and scale. "There's so much in the company's past that's helpful and inspiring, but I have to shake things up," says Polsby. "It's clear to me that's what Remy and his mother always thought about, too. That's what kept clients coming back."

**More from AD PRO:** Has Instagram Made Design Shows Better?

Sign up for the AD PRO newsletter for all the design news you need to know

---

# Read More

---

# Exhibit E



# Exhibit F



# Exhibit G

# INVOICE

**maud llc**



## The Beverly Hills Hotel

**Bill to**

Brittany Williams

The Beverly Hills Hotel

9641 Sunset Boulevard

Beverly Hills, Ca 90210

United States

**Invoice details**

Invoice no.: 1463

Terms: Due on receipt

Invoice date: 06/09/2023

Due date: 06/09/2023

| # | Date | Product or service | Qty | Rate | Amount |
|---|------|--------------------|-----|------|--------|
| 1. | | **Photography**<br>BHH x Dior including equipment | 1 | $4,900.00 | $4,900.00 |
| 2. | | **Rush Fee** | 10 | $50.00 | $500.00 |

## Ways to pay



BANK

| | |
|---|---|
| **Total** | **$5,400.00** |
| Payment | -$5,400.00 |
| **Balance due** | **$0.00** |

**Paid in Full**

### Note to customer

Photographer retains the copyright in and to the Work Product and upon receipt of full payment,
Photographer licenses to Client an exclusive right to use or reproduce the final Work Product, worldwide
in perpetuity on all Client owned and operated marketing channels including packaging, print, web, and
social media. Photographer retains the right to use the Work Product for self-promotion and portfolio
rights in perpetuity. Additional usage rights shall be subject to additional fees, which shall be mutually
agreed upon by the parties.
Photographer will not license the Work Product to any third party without the prior written
approval from Client, provided Client has paid Photographer the fees in full.

Payment is due within 21 calendar days. There will be a 5% interest charge per month on late invoices.