1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SAJAHTERA, INC., a Delaware Corporation, dba THE BEVERLY HILLS HOTEL<br><br>Plaintiff,<br><br>v.<br><br>KITROSS APPAREL LOS ANGELES, LLC, a California limited liability company; and DOES 1 through 50,<br><br>Defendants. | Case No: 2:23-cv-08005- MWF-KS<br><br>**PRELIMINARY INJUNCTION** |

On June 3, 2024, the Motion for a Preliminary Injunction (the "Motion"), filed by Plaintiff Sajahtera, Inc. (d/b/a The Beverly Hills Hotel) ("Plaintiff"), was heard by the Honorable Michael W. Fitzgerald.

The Court, having read and considered the Motion, and having heard the arguments of counsel at the hearing, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, now orders as follows:

IT IS HEREBY ORDERED that Defendant Kitross Apparel Los Angeles LLC and, as applicable, its officers, agents, directors, employees, servants, partners, representatives, assigns, successors, related companies, and attorneys and all persons in active concert or participation with Defendant or with any of the foregoing who receive notice of this Injunction by personal service or otherwise, be **ENJOINED** preliminarily during the pendency of this action from:

1. making or approving any use of the phrase "Beverly Hills" in the Williams Font as depicted in Registration No. 1516814 in connection with manufacturing, distributing, offering for sale, or advertising any goods, products, or merchandise included but not limited to the infringing goods set forth in the Motion;

2. making or approving any use of the phrase "The Beverly Hills Hotel" regardless of the font, in connection with manufacturing, distributing, offering for sale, or advertising any goods, products, or merchandise included but not limited to the infringing goods set forth in the Motion.

Dated: June 10, 2024

_____
Hon. Michael W. Fitzgerald
United States District Court Judge