NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SAJAHTERA, INC., a Delaware corporation, dba THE BEVERLY HILLS HOTEL,<br><br>                    Plaintiff,<br><br>          v.<br><br>KITROSS APPAREL LOS ANGELES, LLC, a California limited liability company; and DOES 1 through 50,<br><br>                    Defendants. | Case No. **CV 23-8005-MWF(KSx)**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES** |

The Court, having reviewed the parties' Stipulation to Continue Trial and Pretrial Dates (Docket No. 44), and for good cause shown, hereby ORDERS as follows:

The trial and pretrial schedule in this action is amended as follows:

| Event | Old Date | New Date |
|---|---|---|
| Non-expert Discovery Cut-off | April 7, 2025 | August 29, 2025 |
| Expert Disclosure (Initial) | March 6, 2025 | July 29, 2025 |
| Expert Disclosure (Rebuttal) | April 7, 2025 | August 29, 2025 |

| Event | Old Date | New Date |
|---|---|---|
| Expert Discovery Cut-off | May 1, 2025 | September 23, 2025 |
| Last Day to Hear Motions | May 5, 2025 | September 29, 2025 |
| Last Day to Conduct ADR Proceeding | May 23, 2025 | October 15, 2025 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | June 8, 2025 | October 27, 2025 |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | June 9, 2025 | November 3, 2025 |
| Final Pretrial Conference and Hearing on Motions in Limine | June 23, 2025 | November 17, 2025, at 11:00 a.m. |
| Trial Date (est. 5 Days) | July 15, 2025 | December 8, 2025. at 8:30 a.m. |

A trial of ten (10) Court days or more requires prescreening of a jury panel. No later than **seven weeks** prior to the Final Pretrial Conference, counsel must file joint notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶ II(A)(4)). Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated: February 27, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER GRANTING STIPULATION TO CONTINUE TRIAL and PRETRIAL DATES