NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SAJAHTERA, INC., a Delaware corporation, dba THE BEVERLY HILLS HOTEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KITROSS APPAREL LOS ANGELES, LLC, a California limited liability company; and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO. CV 23-8005-MWF(KSx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL DISCOVERY DATES** |

The Court has reviewed the Parties' Stipulation to Continue Pretrial Discovery Dates (the "Stipulation"). (Docket No. 49). For good cause shown, the Court **GRANTS** the Stipulation and **ORDERS** as follows:

The trial and pretrial schedule in this action is AMENDED as shown:

| Event | Old Date | New Date |
|---|---|---|
| Non-expert Discovery Cut-off | August 29, 2025 | **September 29, 2025** |
| Expert Disclosure (Initial) | July 29, 2025 | **August 29, 2025** |
| Expert Disclosure (Rebuttal) | August 29, 2025 | **September 29, 2025** |
| Expert Discovery Cut-off | September 23, 2025 | **October 20, 2025** |
| Last Day to Hear Motions | September 29, 2025 | **October 27, 2025** |
| Last Day to Conduct ADR Proceeding | October 15, 2025 | Unchanged |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | October 27, 2025 | Unchanged |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | November 3, 2025 | Unchanged |
| Final Pretrial Conference and Hearing on Motions in Limine | November 17, 2025, at 11:00 a.m. | Unchanged |
| Trial Date (Est. 5 Days) | December 8, 2025 at 8:30 a.m. | **December 9, 2025, at 8:30 a.m.** |

**IT IS SO ORDERED.**

DATE: July 28, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge