1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SAJAHTERA, INC., a Delaware corporation, dba THE BEVERLY HILLS HOTEL,<br><br>Plaintiff,<br><br>v.<br><br>KITROSS APPAREL LOS ANGELES, LLC, a California limited liability company; and DOES 1 through 50,<br><br>Defendants. | CASE NO. CV 23-8005-MWF(KSx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRETRIAL DISCOVERY DATES** |

**1**
ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND
PRETRIAL DISCOVERY DATES

The Court has reviewed the parties' Stipulation to Continue Trial and Pretrial Dates. (Docket No. 60). For good cause shown, the Stipulation is GRANTED. The Court hereby ORDERS as follows:

The trial and pretrial schedule in this action is amended as follows:

| Event | Old Date | New Date |
|---|---|---|
| Non-expert Discovery Cut-off | September 29, 2025 | **October 29, 2025** |
| Expert Disclosure (Initial) | August 29, 2025 | **October 3, 2025** |
| Expert Disclosure (Rebuttal) | September 29, 2025 | **October 29, 2025** |
| Expert Discovery Cut-off | October 20, 2025 | **November 19, 2025** |
| Last Day to Hear Non-Dispositive Motions | October 27, 2025 | **December 8, 2025** |
| Last Day to Conduct ADR Proceeding | October 15, 2025 | **October 15, 2025** |
| Deadline To File Dispositive And Daubert Motions | | **December 17, 2025** |
| Deadline To File Oppositions To Dispositive And Daubert Motions | | **January 14, 2026** |
| Deadline To File Replies To Dispositive And Daubert Motions | | **February 4, 2026** |
| Dispositive And Daubert Motions Hearing | | **February 23, 2026** |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | October 27, 2025 | **April 20, 2026** |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | November 3, 2025 | **April 27, 2026** |

| Final Pretrial Conference and Hearing on Motions in Limine | November 17, 2025, at 11:00 a.m. | **May 11, 2026,** at 11:00 a.m. |
|---|---|---|
| Trial Date (est. 5 Days) | December 9, 2025, at 8:30 a.m. | **June 2, 2026,** at 8:30 a.m. |

A trial of ten (10) Court days or more requires prescreening of a jury panel. No later than seven weeks prior to the Final Pretrial Conference, counsel must file joint notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶ II(A)(4)). Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated: September 2, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge