# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SAJAHTERA, INC., a Delaware corporation, dba THE BEVERLY HILLS HOTEL,<br><br>    Plaintiff,<br><br>    v.<br><br>KITROSS APPAREL LOS ANGELES, LLC, a California limited liability company; and DOES 1 through 50,<br><br>    Defendants. | CASE NO. CV 23-8005-MWF(KSx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES** |

The Court held a Status Conference on October 14, 2025, to discuss the parties' Stipulation to Continue Pretrial Discovery Dates. (Docket No. 62). For good cause shown, the Stipulation is GRANTED. The Court hereby ORDERS as follows:

The trial and pretrial schedule in this action is amended as follows:

| Event | Old Date | New Date |
| --- | --- | --- |
| Non-expert Discovery Cut-off | October 29, 2025 | **January 30, 2026** |
| Expert Disclosure (Initial) | October 3, 2025 | **January 9, 2026** |
| Expert Disclosure (Rebuttal) | October 29, 2025 | **February 6, 2026** |
| Expert Discovery Cut-off | November 19, 2025 | **February 17, 2026** |
| Last Day to Hear Motions | December 8, 2025 | **March 30, 2026** |
| Last Day to Conduct ADR Proceeding | October 15, 2025 | **April 3, 2026** |
| Deadline To File Dispositive And *Daubert** Motions | | **January 16, 2026** |
| Deadline To File Oppositions To Dispositive And *Daubert* Motions | | **February 23, 2026** |
| Deadline To File Replies To Dispositive And *Daubert* Motions | | **March 16, 2026** |
| Dispositive And *Daubert* Motions Hearing | | **March 30, 2026** |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | April 20, 2026 | **May 11, 2026** |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | April 27, 2026 | **May 18, 2026** |

| Event | Old Date | New Date |
|---|---|---|
| Final Pretrial Conference and Hearing on Motions in Limine | May 11, 2025, at 11:00 a.m. | **June 1, 2026, at 11:00 a.m.** |
| Trial Date (est. 5 Days) | June 2, 2026, at 8:30 a.m. | **June 23, 2026, at 8:30 a.m.** |

*The parties may elect to have the *Daubert* motions heard at the Final Pretrial Conference. If so, the parties should proceed on an agreed-upon briefing schedule that provides no less than two weeks between the filing of Reply briefs and the hearing date.

A trial of ten (10) Court days or more requires prescreening of a jury panel. No later than seven weeks prior to the Final Pretrial Conference, counsel must file joint notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶ II(A)(4)). Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated: October 20, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge