# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SAJAHTERA, INC., a Delaware corporation, dba THE BEVERLY HILLS HOTEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KITROSS APPAREL LOS ANGELES, LLC, a California limited liability company; and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO. CV 23-8005-MWF(KSx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES** |

　　　　The Court has reviewed the Parties' Stipulation to Continue Trial and Pretrial Dates. (Docket No. 68). For good cause shown, the Stipulation is GRANTED. The pretrial and trial dates are CONTINUED, as follows:

| Event | Old Date | New Date |
|---|---|---|
| Non-expert Discovery Cut-off | January 30, 2026 | **May 29, 2026** |
| Expert Disclosure (Initial) | January 9, 2026 | **March 13, 2026** |
| Expert Disclosure (Rebuttal) | February 6, 2026 | **April 30, 2026** |
| Expert Discovery Cut-off | February 17, 2026 | **May 29, 2026** |

| Event | Old Date | New Date |
|---|---|---|
| Last Day to Hear Discovery (Non-Expert and Expert) and Dispositive Motions | March 30, 2026 | **August 17, 2026** |
| Last Day to Conduct ADR Proceeding | April 3, 2026 | |
| Deadline To File Dispositive And Daubert Motions | January 16, 2026 | **May 29, 2026** |
| Deadline To File Oppositions To Dispositive And Daubert Motions | February 23, 2026 | **June 29, 2026** |
| Deadline To File Replies To Dispositive And Daubert Motions | March 16, 2026 | **July 14, 2026** |
| Daubert Motions Hearing | March 30, 2026 | **August 17, 2026** |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | May 11, 2026 | **September 28, 2026** |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | May 18, 2026 | **October 5, 2026** |
| Final Pretrial Conference and Hearing on Motions in Limine | **June 1, 2026, at 11:00 a.m.** | **October 19, 2026 at 11:00 a.m.** |
| Trial Date (est. 5 Days) | **June 23, 2026, at 8:30 a.m.** | **November 3, 2026 at 8:30 a.m.** |

**IT IS SO ORDERED.**

Dated: January 27 2026

_____
MICHAEL W. FITZGERALD
United States District Judge