# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

SAJAHTERA, INC., a Delaware Corporation, dba THE BEVERLY HILLS HOTEL

                  Plaintiff,

    v.

KITROSS APPAREL LOS ANGELES, LLC, a California limited liability company; and DOES 1 through 50,

                  Defendants.

Case No: 2:23-cv-08005-MWF-KS

**MODIFIED PRELIMINARY INJUNCTION**

On June 3, 2024, the Motion for a Preliminary Injunction (Docket No. 36) filed by Plaintiff Sajahtera, Inc. (d/b/a The Beverly Hills Hotel) ("Plaintiff"), was heard by the Honorable Michael W. Fitzgerald.  On June 10, 2024, the Court granted the Motion for a Preliminary Injunction and entered a Preliminary Injunction (Docket No. 41).

On April 27, 2026, the Court held a hearing on the Motion for an Order to Show Cause Re: Civil Contempt (the "Motion").

Having read and considered the Motion, and having heard the arguments of counsel at the hearing, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court now orders as follows:

**MODIFIED PRELIMINARY INJUNCTION**

IT IS HEREBY ORDERED that Defendant Kitross Apparel Los Angeles LLC and, as applicable, its officers, agents, directors, employees, servants, partners, representatives, assigns, successors, related companies, and attorneys and all persons in active concert or participation with Defendant or with any of the foregoing who receive notice of this Injunction by personal service or otherwise, be **ENJOINED** preliminarily during the pendency of this action from:

1. making or approving any use of the phrase "Beverly Hills" in the Williams Font as depicted in Registration No. 1516814 in connection with manufacturing, distributing, offering for sale, or advertising any goods, products, or merchandise included but not limited to the infringing goods set forth in the Motion for a Preliminary Injunction;

2. making or approving any use of the phrase "Meet Me In Beverly Hills" in the Williams Font as depicted in Registration No. 1516814 in connection with manufacturing, distributing, offering for sale, or advertising any goods, products, or merchandise included but not limited to the infringing goods set forth in the Motion; and

3. making or approving any use of the phrase "The Beverly Hills Hotel" regardless of the font, in connection with manufacturing, distributing, offering for sale, or advertising any goods, products, or merchandise included but not limited to the infringing goods set forth in the Motion for a Preliminary Injunction.

Dated:  April 28, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2
PRELIMINARY INJUNCTION